```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07784
    YOUNG K KIM
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9649


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 04/30/2007 and was confirmed 08/29/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  54.00%.

    The case was dismissed after confirmation 10/20/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CHRYSLER FINANCIAL        SECURED NOT I  NOT FILED              .00            .00
MID AMERICA BANK MORTGAG  CURRENT MORTG       .00               .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        20503.73              .00       15789.80
AMERICAN EXPRESS TRAVEL   UNSECURED        7333.27              .00            .00
AMERICAN EXPRESS CENTURI  UNSECURED        7263.72              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        3237.29              .00            .00
BANK OF AMERICA           UNSECURED      NOT FILED              .00            .00
BOA MBNA                  UNSECURED      NOT FILED              .00            .00
CAPITAL ONE               UNSECURED       46438.01              .00            .00
CITI CARDS                UNSECURED      NOT FILED              .00            .00
CITIBANK SOUTH DAKOTA     UNSECURED      NOT FILED              .00            .00
CREDITOR INTERCHANGE      UNSECURED      NOT FILED              .00            .00
DISCOVER CARD             UNSECURED      NOT FILED              .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED       10884.18              .00            .00
FRIEDMAN & WEXLER         UNSECURED      NOT FILED              .00            .00
FRIEDMAN & WEXLER         UNSECURED      NOT FILED              .00            .00
FRIEDMAN & WEXLER         UNSECURED      NOT FILED              .00            .00
FIRST USA BANK            UNSECURED      NOT FILED              .00            .00
HSBC NV                   UNSECURED      NOT FILED              .00            .00
LVNV FUNDING              UNSECURED      NOT FILED              .00            .00
NCO FIN/99                UNSECURED      NOT FILED              .00            .00
PEOPLES BANK              UNSECURED      NOT FILED              .00            .00
AT&T UNIVERSAL            UNSECURED      NOT FILED              .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        3809.06              .00            .00
CAPITAL ONE               UNSECURED        7270.40              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        7858.56              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        3394.30              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        6241.18              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        5880.20              .00            .00
ECAST SETTLEMENT CORP     UNSECURED         398.31              .00            .00
ECAST SETTLEMENT CORP     UNSECURED         179.07              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        4508.12              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07784 YOUNG K KIM
```

```
PHILIP A IGOE              DEBTOR ATTY            .00                              .00
TOM VAUGHN                 TRUSTEE                                            1,210.20
DEBTOR REFUND              REFUND                                                  .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      17,000.00

PRIORITY                                           15,789.80
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                1,210.20
DEBTOR REFUND                                            .00
                           ---------------     ---------------
TOTALS                       17,000.00             17,000.00
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09          _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 07784 YOUNG K KIM